```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 06/23/2024
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

TYRONE HUNTER,

      Plaintiff,

-against-

UNITED STATES OF AMERICA;
HEATHER DI STEPHANO; MITCHEL
HOLLIDAY; CO WALLS; TFS SMITH; T.
YOUNG; L. NEWCOMB; B. WALLS; A.
CANALES; J. JAMISON; M. MATISKO;
PARAMEDIC NIBBS; M. KABONICK; M.
ARGIR,

      Defendants.

24-CV-3778-NSR

ORDER OF SERVICE

NELSON S. ROMÁN, United States District Judge:

  Plaintiff, who is proceeding *pro se* and currently incarcerated in the Federal Correctional Institution in Otisville, New York,, has paid the fees to commence this action.

  The Clerk of Court is directed to issue summonses as to Defendants United States of America, Heather Di Stephano, Mitchel Holliday, Co Walls, TFS Smith, T. Young, L. Newcomb, B. Walls, A. Canales, J. Jamison, M. Matisko, Paramedic Nibbs, M. Kabonick, and M. Argir. Plaintiff is directed to serve a summons and complaint on each defendant within 90 days of the issuance of the summonses.[1] If within those 90 days, Plaintiff has not either served Defendants or requested an extension of time to do so, the Court may dismiss the claims against Defendants under Rules 4 and 41 of the Federal Rules of Civil Procedure for failure to prosecute.

---

[1] Although Rule 4(m) of the Federal Rules of Civil Procedure generally requires that a summons be served within 90 days of the date the complaint is filed, the summonses in this case were not issued when Plaintiff filed the complaint because he had not paid the fees to bring this action. The Court therefore extends the time to serve until 90 days after the date the summonses are issued.

Plaintiff must also deliver a copy of the summons and complaint to the United States Attorney for the Southern District of New York, *see* Fed. R. Civ. P. 4(i)(1)(A), and send a copy of the summons and complaint by registered or certified mail to the United States Attorney General, *see* Fed. R. Civ. P. 4(i)(1)(B).

The Clerk of Court is directed to mail a copy of this Order and an information package to Plaintiff.

SO ORDERED.

Dated:   June 23, 2024
        White Plains, New York

                                            NELSON S. ROMÁN
                                        United States District Judge